THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of BEDROCK COATINGS AND CONCRETE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKANSKA USA BUILDING, INC., a Washington corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania corporation; FEDERAL INSURANCE COMPANY, a New Jersey corporation; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a New Jersey corporation; and ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Maryland corporation,<br><br>Defendants. | NO. C04-5883FDB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 1
s:\burgess\share\csmith\skanska order of dismissal.doc

**STANISLAW ASHBAUGH, LLP**
LAWYERS

701 Fifth Avenue, Suite 4400
Seattle WA 98104-7012
(206) 386-5900 Fax (206) 344-7400

## STIPULATION

COME NOW the parties hereto, by and through their undersigned attorneys of record, and stipulate that all claims asserted herein have been fully, finally and forever resolved and settled satisfactorily, and that the above captioned matter shall be dismissed with prejudice and without costs.

DATED this 18th day of October, 2005.

STANISLAW ASHBAUGH, LLP

By_s/_____
Christopher A. Wright, WSBA# 26601
Attorneys for Defendants
chrisw@stanislaw-ashbaugh.com

BULLIVANT HOUSER BAILEY

By_s/_____
Joseph Straus, WSBA #12063
Attorneys for Plaintiff
Joe.straus@bullivant.com

## ORDER

The court having considered the foregoing Stipulation, and having reviewed the files and records herein and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted herein have been fully, finally and forever resolved and settled satisfactorily, and that the above captioned matter is dismissed with prejudice and without costs.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS  - 2
s:\burgess\share\csmith\skanska order of dismissal.doc

STANISLAW ASHBAUGH, LLP
LAWYERS
701 Fifth Avenue, Suite 4400
Seattle WA 98104-7012
(206) 386-5900 Fax (206) 344-7400

DATED this 21st day of October, 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by,

STANISLAW ASHBAUGH, LLP

By_s/_____
   Christopher A. Wright, WSBA# 26601
Attorneys for Defendants
chrisw@stanislaw-ashbaugh.com

Approved as to form; Notice of
Presentation Waived:

BULLIVANT HOUSER BAILEY

By s/_____
   Joseph Straus, WSBA #12063
   Attorneys for Plaintiff
Joe.straus@bullivant.com

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS  - 3
s:\burgess\share\csmith\skanska order of dismissal.doc

**STANISLAW ASHBAUGH, LLP**
LAWYERS
701 Fifth Avenue, Suite 4400
Seattle WA 98104-7012
(206) 386-5900 Fax (206) 344-7400